IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RANDY HOLLIS                                                                                       PLAINTIFF

V.                                                                          CAUSE NO. 1:18-CV-157-SA-DAS

CALVIN WOOTEN, SHELTER MUTUAL
INSURANCE COMPANY, and ACE PROPERTY
AND CASUALTY INSURANCE COMPANY                                           DEFENDANTS

BENCHMARK INSURANCE COMPANY                                                INTERVENOR

AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO
SHELTER MUTUAL INSURANCE COMPANY AND ACE
PROPERTY AND CASUALTY INSURANCE COMPANY ONLY

Upon the *ore tenus* motion of the Plaintiff to dismiss his Complaint against Shelter Mutual Insurance Company and Ace Property and Casualty Insurance Company, *with prejudice*, and the Court being advised that Plaintiff no longer intends to pursue his claims against these defendants, and being otherwise advised in the premises, finds that said motion is well-taken.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's complaint against Shelter Mutual Insurance Company and Ace Property and Casualty Insurance Company is hereby dismissed, *with prejudice*. Each party to bear their own costs.

SO ORDERED this the 5th day of August , 2019.


                                                 */s/ Sharion Aycock*
                                               UNITED STATES DISTRICT JUDGE

**AGREED BY:**

*/s/ Edward R. McNees*
Edward R. McNees (MSB# 102314)
*Counsel for Shelter Mutual Insurance Company*


*/s/ Robert F. Stacy, Jr.*
Robert F. Stacy, Jr. (MSB# 7764)
J. Miles Forks (MSB# 105080)
*Counsel for Ace Property and Casualty Insurance Company*


*/s/ Robert G. Germany*
Robert G. Germany (MSB# 4800)
*Counsel for Randy Hollis*


*/s/ J. Scott Rogers*
J. Scott Rogers (MSB# 100014)
*Counsel for Calvin Wooten*


*/s/ Loraleigh C. Phillips*
Loraleigh C. Phillips (MSB# 102326)
*Counsel for Benchmark Insurance Company*